UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Alberto CHACON-Guerrero,

    Defendant

Magistrate Docket No: 08 MJ 0032

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **January 2, 2008** within the Southern District of California, defendant, **Alberto CHACON-Guerrero,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF **JANUARY 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Alberto CHACON-Guerrero

## PROBABLE CAUSE STATEMENT

On January 2, 2008 Senior Patrol Agent J. Ruhl, was performing linewatch operations in the Chula Vista Border Patrol area of operations. At approximately 1:10 P.M. Agent Ruhl responded to a sensor activation in an area known as the "Mesa". This area is approximately two miles east of the port of entry at Otay Mesa, California and approximately two hundred yards north of the international border with Mexico. Upon arriving in the area Agent Ruhl observed a group of six individuals running northwest towards the intersection of of Siempre Viva Road and Enrico Fermi Road. As Agent Ruhl approached the group they attempted to flee. Agent Ruhl ordered the group to stop. Five of the six did stop. With the assistance of Supervisory Border Patrol Agent M. Diaz, Agent Ruhl was able to apprehend an individual later identified as the defendant, **Alberto CHACON-Guerrero**. Agent Ruhl identified himself as a United States Border Patrol Agent conducted an immigration inspection on the six individuals. Each of them, including the defendant admitted to being Mexican citizens illegally present in the United States. All were placed under arrest and transported to Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **12/24/2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and agreed to be interviewed without representation. The defendant admits to entering the United States illegally by jumping over the international boundary fence on January 2, 2008. The defendant intended to go to Los Angeles, California.